No. 588. FIRST HARDIN NATIONAL BANK ET AL. *v.* FORT KNOX NATIONAL BANK ET AL. C. A. 6th Cir. Certiorari denied. *Edgar A. Zingman* for petitioners. *Robert E. Hatton* for Fort Knox National Bank, and *Solicitor General Marshall, Acting Assistant Attorney General Doolittle, David L. Rose* and *Jack H. Weiner* for the Comptroller of the Currency, respondents.

No. 589. EVANS *v.* NEWPORT NEWS SHIPBUILDING & DRY DOCK CO. C. A. 4th Cir. Certiorari denied. *James R. Kelley* for petitioner. *Phillips M. Dowding* for respondent.

No. 595. PHARR, DBA MADISONVILLE CAB CO. *v.* BUREAU OF UNEMPLOYMENT COMPENSATION OF OHIO. Sup. Ct. Ohio. Certiorari denied. *Harry A. Abrams* for petitioner. *William B. Saxbe,* Attorney General of Ohio, and *Bernard L. Heffernan,* Assistant Attorney General, for respondent.

No. 597. COHEN *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied. *Charles J. Kersten* for petitioner. *Bronson C. La Follette,* Attorney General of Wisconsin, for respondent.

No. 598. VANCE *v.* STATE BOARD OF HAIRDRESSERS & COSMETOLOGISTS. Ct. Civ. App. Tex., 11th Sup. Jud. Dist. Certiorari denied. *Dan M. Fergus* for petitioner.

No. 208, Misc. COLES *v.* KENTUCKY. Ct. App. Ky. Certiorari denied. Petitioner *pro se. Robert Matthews,* Attorney General of Kentucky, and *George F. Rabe,* Assistant Attorney General, for respondent.